HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN DAVID EVERETT,

    Plaintiff,

v.

PIERCE COUNTY PROSECUTORS OFFICE, et al.,

    Defendants.

Case No. C07-5137RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the Magistrate Judge's Report and Recommendation.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Magistrate Judge recommended denying plaintiff's application to proceed *in forma pauperis* because plaintiff had failed to provide a copy of his inmate trust account. Plaintiff has now corrected that deficiency, therefore, plaintiff's application to proceed *in forma pauperis* is **GRANTED**. The Clerk shall file the complaint and shall re-refer this matter to the Magistrate Judge.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 18th day of May, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1