# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN DAVID EVERETT

        v.

PIERCE COUNTY PROSECUTOR'S
OFFICE, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5137RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff cannot challenge the propriety of his current incarceration in a civil rights action.

| | |
|---|---|
|   July 30, 2007 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |